UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:13-MJ-1024-1

| | | |
|---|---|---|
| **United States Of America** | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| **Delano A. Pendleton** | ) | |
| | ) | |

On April 10, 2013, Delano A. Pendleton appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired-Level 1, in violation of 18 U.S.C. 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation. which was extended to April 4, 2015, by order entered April 4, 2014.

From evidence presented at the revocation hearing on February 4, 2015, the court finds as a fact that Delano A. Pendleton, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Not operate a motor vehicle.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

That the term of probation be extended until August 4, 2015.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 4th day of February, 2015

Kimberly A. Swank
U.S. Magistrate Judge