UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:13-MJ-1024-1

| | | |
|---|---|---|
| **United States Of America** | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| **Delano A. Pendleton** | ) | |
| | ) | |

   On April 10, 2013, Delano A. Pendleton appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired-Level 1, in violation of 18 U.S.C. 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on July 9, 2015, the court finds as a fact that Delano A. Pendleton, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Using a controlled substance.

   **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. That the term of probation be extended until October 30, 2015.
2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of nine days as directed by the probation officer, and shall abide by all rules and regulations of the designated facility.
3. That the defendant appear back in court during the October 2015 term of court.

   **IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 9th day of July, 2015

Kimberly A. Swank
U.S. Magistrate Judge